IN THE SUPREME COURT OF TEXAS

 No. 05-0196

 IN RE DB3 HOLDINGS, INC. AND SKILES PARTNERS, L.P.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency relief to stay order compelling
production of documents, filed March 16, 2005, is granted. The order
dated February 24, 2005, in Cause No. 04-04526, styled Larry Elins v. DB3
Holdings, Inc., a Texas Corporation, and Skiles Partners, L.P., a Texas
Limited Partnership, in the 101st District Court of Dallas County, Texas,
is stayed pending further order of this Court, except that the trial
court's discovery rulings on the discovery requests listed in the parties'
Rule 11 agreement, executed February 28, 2005, are not stayed.

 2. The real parties in interest are requested to respond to
relators' petition for writ of mandamus on or before 3:00 p.m., March 28,
2005.

 Done at the City of Austin, this March 17, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk